# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RANDALL<br><br>PLAINTIFF(S)<br><br>v.<br><br>MERRICK PET CARE, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:16–cv–00139–FMO–AS<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 01/07/2016 | / | 8 | / | Application of Pro Hac Vice |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| 01/08/2016 | / | 13 | / | Application Pro Hac Vice |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Local counsel does not maintain an office within the District. See LR 83–2.1.3.4; The applicant failed to provide certificates from the state bar for each of the States in which the applicant is a member of that particular bar. See LR 83–2.1.3.3.

Dated: January 12, 2016            By: /s/ *Fernando M. Olguin*
                                                            U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)