John E. Norris
Davis & Norris, LLP
2154 Highland Ave. S.
Birmingham, AL 35205

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Randall | **CASE NUMBER** |
| | 2:16-cv-139-FMO-AS |
| Plaintiff(s) | |
| v. | |
| Merrick Pet Care, Inc., dba Castor and Pollux Natural Petworks; Pet Appeal One, LLC, aka Castor and Pollux Natural Petworks LLC; Nestle USA, Inc., Nestle Purina Petcare, Co.; and DOES 1-10   Defendant(s). | (PROPOSED) ORDER ON APPLICATION [18] OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

John E. Norris                                      of

*Applicant's Name (Last Name, First Name & Middle Initial)*

205-930-9900                     205-930-9989

*Telephone Number*          *Fax Number*

Jnorris@davisnorris.com

*E-Mail Address*

Davis & Norris, LLP
2154 Highland Ave. S.
Birmingham, AL 35205

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Sean Randall

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Eustace de Saint Phalle                          of

*Designee's Name (Last Name, First Name & Middle Initial)*

179100

*Designee's Cal. Bar Number*

415-341-9341

*Telephone Number*

925-609-1690

*Fax Number*

Rains Lucia Stern, PC
800 N. Haven Avenue, Suite 360
Ontario, CA 91764

*Firm Name & Address*

PersonalInjuryGroup@RLSlawyers.com

*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated**   January 19, 2016                          /s/  Fernando M. Olguin

                                                       **U.S. District Judge/~~U.S. Magistrate Judge~~**