# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RANDALL<br><br>PLAINTIFF(S)<br><br>v.<br><br>MERRICK PET CARE, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:16–cv–00139–FMO–AS<br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 6/13/2016 | / | 39 | / | Application to Appear Pro Hac Vice |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
No signature on application


Dated: June 15, 2016                    By:  /s/ *Fernando M. Olguin*
                                             U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**


G–106 (6/12)         ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)