| | |
|---|---|
| Eustace De Saint Phalle (SBN 179100)<br>Joseph R. Lucia (SBN 278318)<br>RAINS LUCIA STERN, PC<br>220 Montgomery Street, 15th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 341-9341<br>Facsimile: (925) 609-1690<br>PersonalInjuryGroup@RLSlawyers.com | Tammy B. Webb (SBN: 227593)<br>SHOOK, HARDY & BACON L.L.P.<br>One Montgomery, Suite 2700<br>San Francisco, CA 94104-4505<br>Telephone: (415) 544-1900<br>Facsimile: (415) 391-0281<br>tbwebb@shb.com |
| John E. Norris (*Pro Hac Vice*)<br>DAVIS & NORRIS LLP<br>The Bradshaw House<br>2154 Highland Avenue South<br>Birmingham, AL 35205<br>Telephone: (205) 930-9900<br>Facsimile: (205) 930-9989<br>Jnorris@davisnorris.com | *Attorneys for Defendants*<br>*Nestlé Purina PetCare Company and*<br>*Merrick Pet Care, Inc.* |

*Attorneys for Plaintiff*
*Sean Randall*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RANDALL, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MERRICK PET CARE, INC., dba CASTOR AND POLLUX NATURAL PETWORKS; PET APPEAL ONE, LLC. aka CASTOR AND POLLUX NATURAL PETWORKS LLC; NESTLE PURINA PETCARE, CO.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-00139-FMO-AS<br><br>Judge: Hon. Fernando M. Olguin<br>Ctrom: 22 – 5th Floor<br><br>Complaint filed: January 7, 2016<br><br>**NOTICE OF SETTLEMENT** |

Following mediation, on October 17, 2016, and continuing through telephonic follow-up with the mediator, Honorable James Warren (Ret.) with JAMS, the parties reached a settlement in principle of this case on a non-class basis.  The parties do not believe that their settlement in any way prejudices any potential or proposed class, and have not engaged in any collusive actions.  The parties reached the settlement in principle through arms-length negotiations with assistance of an unbiased mediator.  The parties expect to dismiss the case with prejudice upon full execution of a settlement agreement, which they estimate should be completed in approximately 30 days, barring unforeseen circumstances.

Dated:  October 18, 2016

Respectfully submitted,

/s/ *John E. Norris*
John E. Norris (*Pro Hac Vice*)
DAVIS & NORRIS LLP
The Bradshaw House
2154 Highland Avenue South
Birmingham, AL  35205
Telephone: (205) 930-9900
Facsimile: (205) 930-9989
Jnorris@davisnorris.com

Eustace De Saint Phalle (SBN 179100)
Joseph R. Lucia (SBN 278318)
RAINS LUCIA STERN, PC
220 Montgomery Street, 15th Floor
San Francisco, CA  94104
Telephone: (415) 341-9341
Facsimile: (925) 609-1690
PersonalInjuryGroup@RLSlawyers.com

*Attorneys for Plaintiff*
*Sean Randall*

/s/ *Tammy B. Webb*
Tammy B. Webb
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, CA  94104-4505
Telephone: (415) 544-1900
Facsimile: (415) 391-0281
tbwebb@shb.com

Matthew O. Sitzer (*pro hac vice*)
msitzer@shb.com
Matthew C. Wolfe (*pro hac vice*)
mwolfe@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Drive, Suite 5100
Chicago, IL  60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195

*Attorneys for Defendants*
*Nestle Purina PetCare Company and Merrick Pet Care, Inc.*